ACCEPTED
14-15-00674-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/11/2015 3:25:54 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00674-CV

Tr Ct No. 2014-33603

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/11/2015 3:25:54 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS FOR THE
FOURTEENTH DISTRICT OF TEXAS

LAURIE POE,

*Plaintiff - Appellant*,

v.

OMNI FLOW COMPUTERS, INC.

*Appellee*.

**APPELLEE OMNI FLOW COMPUTERS, INC.'S RESPONSE TO APPELLANT'S OPPOSED MOTION TO EXTEND THE DEADLINE TO FILE APPELLANT'S NOTICE OF APPEAL**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS FOR THE FOURTEENTH DISTRICT OF TEXAS:

Appellee/Defendant Omni Flow Computers, Inc. ("Appellee") files this Response to Appellant/Plaintiff Laurie Poe's ("Appellant") Opposed Motion to Extend the Deadline to File Appellant's Notice of Appeal and would respectfully show the Court of Appeals as follows:

**I.**

Appellant filed her underlying lawsuit against Omni on June 11, 2014 in the 11th Judicial District Court of Harris County, Texas ("Trial Court"). On June 23, 2015, the Trial Court granted Appellee's Motion for Summary Judgment and dismissed the underlying lawsuit in its entirety with prejudice. *See* Exhibit 1. In particular, the Trial Court granted Appellee's Motion for Summary Judgment, *inter alia*, because Appellant failed to timely file her lawsuit in accordance with TEX. LAB. CODE § 61.062(b). *See* Exhibit 2. Accordingly, Appellant was required to file a notice of appeal on or before July 23, 2015. TEX. R. APP. P. 26.1. Appellant did not file a notice of appeal until August 5, 2015. *See* Exhibit 3. Therefore, Appellant's Notice of Appeal is untimely and should be dismissed.

**II.**

A party must file a notice of appeal with the clerk of the district court within 30 days after the judgment is signed in order to timely perfect an appeal. TEX. R. APP. P. 26.1. Here, Appellee did not file her Notice of Appeal until August 5, 2015, 43 days after the date of the Summary Judgment Order. *See* Exhibit 3. Therefore, Appellant's Notice of Appeal was filed untimely and this appeal should be dismissed.

Rule 26.3 of the Rules of Appellate Procedure allows an appellate court to extend the time to file a notice of appeal if, within fifteen days after the notice is

due, the appellant files their notice of appeal with the trial court and files a Rule 10.5(b) motion to extend time with the appellate court. TEX. R. APP. P. 26.3. The appellant must still provide a reasonable explanation for why an extension of time is necessary. *See Smith v. Houston Lighting & Power Co.*, 7 S.W.3d 287, 288 (Tex. App.–Houston [1st Dist.] 1999, no pet.). In the present case, Appellant's explanation in her Motion is not reasonable, but instead demonstrates the continued pattern of untimely filings and constant delays by Appellant. Specifically, the Trial Court granted Appellee's Motion for Summary Judgment, *inter alia*, because Appellant failed to timely file her lawsuit in accordance with TEX. LAB. CODE § 61.062(b). *See* Exhibit 2. Therefore, Appellant should not be allowed to profit from her constant delays, and this appeal should be dismissed.

## **PRAYER**

For all of the foregoing reasons, Appellee prays that the Court deny Appellant's Motion to Extend the Deadline to File Appellant's Notice of Appeal, dismiss Appellant's appeal, and for all such other and further relief to which Appellee may show itself to be justly entitled.

Respectfully submitted,

**GORDON & REES, LLP**

By: */s/ Glenn R. LeMay*
    Glenn R. LeMay
    State Bar No. 12188690
    glemay@gordonrees.com
    Joseph W. DiCecco
    State Bar No. 05812520
    jdicecco@gordonrees.com
    Andrew M. Scott
    State Bar No. 24075042
    ascott@gordonrees.com
    1900 West Loop South, Suite 1000
    Houston, Texas 77027
    (713) 961-3366 – Telephone
    (713) 961-3938 – Facsimile

**ATTORNEYS FOR APPELLEE**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true and correct copy of the foregoing document was duly served upon the following on this the 11th day of August, 2015, as follows:

Linda Leeser               **By Email:  lindaleeser@hotmail.com**
LAW OFFICE OF LINDA LEESER
8800 Broadway St., Suite 210
San Antonio, Texas 78217

Ben J. Raia                **By Email:  bjroffice@gmail.com**
BEN J. RAIA & ASSOCIATES, PLLC
306 S. Friendswood Drive, Unit C
Friendswood, Texas 77546

                    */s/ Glenn R. LeMay*
                    GLENN R. LEMAY